IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JONATHAN FELLUS,

     Plaintiff,

v.

SELECT MEDICAL HOLDINGS CORP.,
SELECT MEDICAL GROUP, COLUMBIA
CASUALTY COMPANY, ESIS PROCLAIM,
and CNA HEALTHPRO CLAIMS

     Defendants.

NO.: 2:17-CV-04489-SDW-LDW

*Document Electronically Filed*

## STIPULATION OF DISMISSAL OF DEFENDANT, "CNA HEALTHPRO CLAIMS"

IT IS HEREBY STIPULATED AND AGREED by the parties hereto that the defendant identified as "CNA HealthPro Claims" is dismissed, without prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

Edward Napierkowski, Esquire
CNA Coverage Litigation Group
Three Radnor Corporate Center
100 Matsonford Road, Suite 200
Radnor, PA 19087
 and
Karen Ventrell, Esquire (admitted *pro hac vice*)
CNA Coverage Litigation Group
2020 K. St. N.W. Suite 750
Washington, D.C. 20006
*Counsel for Defendant Columbia Casualty
Company*

Deborah Minkoff, Esquire
Samantha Evans, Esquire
Cozen O'Connor, P.C.
457 Haddonfield Road, Suite 300
P.O. Box 5459
Cherry Hill, New Jersey 08002
*Counsel for Defendant Select Medical
Holdings Corporation*

Evan Goldman, Esquire.
Law Offices of Goldman, Davis &
Gutfleish P.C.
Three University Plaza, Suite 410
Hackensack, New Jersey 07601
*Counsel for Plaintiff Jonathan Fellus*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JONATHAN FELLUS,

              Plaintiff,        :    NO.: 2:17-CV-04489-SDW-LDW

v.

SELECT MEDICAL HOLDINGS CORP.,
SELECT MEDICAL GROUP, COLUMBIA
CASUALTY COMPANY, ESIS PROCLAIM,    *Document Electronically Filed*
and CNA HEALTHPRO CLAIMS

              Defendants.

## STIPULATION OF DISMISSAL OF DEFENDANT, "CNA HEALTHPRO CLAIMS"

IT IS HEREBY STIPULATED AND AGREED by the parties hereto that the defendant identified as "CNA HealthPro Claims" is dismissed, without prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

Edward Napierkowski, Esquire
CNA Coverage Litigation Group
Three Radnor Corporate Center
100 Matsonford Road, Suite 200
Radnor, PA 19087
  and
Karen Ventrell, Esquire (admitted *pro hac vice*)
CNA Coverage Litigation Group
2020 K. St. N.W. Suite 750
Washington, D.C. 20006
*Counsel for Defendant Columbia Casualty Company*

Deborah Minkoff, Esquire
Samantha Evans, Esquire
Cozen O'Connor, P.C.
457 Haddonfield Road, Suite 300
P.O. Box 5459
Cherry Hill, New Jersey 08002
*Counsel for Defendant Select Medical Holdings Corporation*

Evan Goldman, Esquire.
Law Offices of Goldman, Davis &
Gutfleish P.C.
Three University Plaza, Suite 410
Hackensack, New Jersey 07601
*Counsel for Plaintiff Jonathan Fellus*