COZEN O'CONNOR
DEBORAH MINKOFF, ESQ. (N.J. Bar. I.D. No. 042421984)
SAMANTHA EVANS. ESQ. (N.J. Bar I.D. No. 019862006)
*A Pennsylvania Professional Corporation*
Liberty View, Suite 300
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Phone: (856) 910-5000
Fax: (856) 910-5075
dminkoff@cozen.com
smevans@cozen.com
*Attorneys for Defendants, Select Medical Holdings Corporation and Select Medical Group*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JONATHAN FELLUS,<br><br>    *Plaintiff,*<br><br>Vs.<br><br>SELECT MEDICAL HOLDINGS CORP., SELECT MEDICAL GROUP, COLUMBIA CASUALTY COMPANY, ESIS PROCLAIM<br><br>    *Defendants* | CIVIL ACTION NO:<br>2:17-cv-04489-SDW-LDW |

### STIPULATION TO DISMISS DEFENDANT SELECT MEDICAL GROUP

It is hereby stipulated and agreed to by and between Plaintiff Jonathan Fellus, Defendants Select Medical Holdings Corporation and Select Medical Group, Defendants Columbia Casualty Company, as well as the parties' respective counsel, that all of the claims against Defendant Select Medical Group in the above captioned matter be dismissed without prejudice. The caption in the foregoing matter will be amended to remove Select Medical Group as a Defendant.

[SIGNATURE PAGE FOLLOWS]

_____
Evan Goldman, Esquire
Goldman, Davis & Gutfleish, P.C.
Three University Plaza
P.O. Box 568
Hackensack, New Jersey 07602
*Counsel for Plaintiff Jonathan Fellus*

_____
Deborah M. Minkoff, Esquire
Samantha Evans, Esquire
457 Haddonfield Road
Suite 300
Cherry Hill, New Jersey 08002
*Counsel for Select Medical Holdings Corporation and Select Medical Group*

_____
Edward M. Napierkowski, Esquire
Three Radnor Corporate Center
100 Matsonford Road, Suite 200
Radnor, PA 19087
*Counsel for Columbia Casualty Company*

So Ordered
this 27th day of October 2017

_____
Susan D. Wigenton, U.S.D.J.

2